UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

**Carl Hall**

---

**ORDER**

**00-cr-103**
Docket #

**Jed S. Rakoff**, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **David Stern** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

**SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        1/5/21