UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA |
| -against- |
| CARL HALL, |
| Defendant. |

00-cr-103 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On April 25, 2023, defendant Carl Hall sent a <u>pro se</u> letter requesting the appointment of counsel and a sentence modification pursuant to 18 U.S.C. § 3582(c)(2).

Defendant has not identified any legal or fact basis for his sentence modification request or any materially changed circumstances since the Court's last denial of defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(2). <u>See</u> 12/15/21 Order, Dkt. No. 96. Further, defendant did not identify a clear reason that appointment of counsel is needed. The Court hereby denies both requests.

SO ORDERED.

Dated: New York, NY
August 14 2023

_____
JED S. RAKOFF, U.S.D.J.

1