```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARL HALL,<br><br>        Defendant. | 00-cr-103 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On September 11, 2023, defendant Carl Hall sent a *pro se* letter, to the Court, alleging that his motion for a hearing on his request for a sentence reduction was being ignored. Mr. Hall references three prison letters from him, the last of which he contends was sent on July 25, 2023.

The Court has received a few letters from Mr. Hall, none of which are dated July 25, 2023. However, the Court previously wrote to Mr. Hall on July 20, 2023, asking Mr. Hall to re-send his April 2023 motion for compassionate release because the Court had not received it. Subsequently, the Court received the motion for appointment of counsel and a sentence reduction, dated April 25, 2023. See ECF No. 97. On August 14, 2023, the Court entered an order denying his request for a sentence reduction and appointment of counsel. See ECF No. 98. Accordingly, contrary to Mr. Hall's recent letter, his motion has been acted on and denied.

The would-be application made in his most recent letter is therefore also denied, as moot.

SO ORDERED.

Dated:   New York, NY

        September 20 2023        JED S. RAKOFF, U.S.D.J.