UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARL HALL,<br><br>Defendant. | 00-cr-103 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    On October 31, 2023, the Court received a pro se letter from defendant Carl Hall requesting the appointment of counsel to assist with the filing a motion for a sentence reduction. See ECF No. 103.

    Only two months ago, the Court denied Mr. Hall's request for appointment of counsel. See 8/14/23 Order, ECF No. 98. Mr. Hall has identified no basis for the Court to reconsider that decision. Mr. Hall's request for appointment of counsel is accordingly denied.

    SO ORDERED.

Dated:  New York, NY

        October 31 2023                    JED S. RAKOFF, U.S.D.J.

1