UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA  :
:
     -against-  :  **ORDER**
:
:
:  00cr103(JSR)
:  Docket #
**Carl Hall**  :
------------------------------------x

__Hon. Jed S. Rakoff__, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, __Michael Tremonte__ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC __12/11/2023__.

                          **SO ORDERED.**

                        _____
                        **UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        12/12/23