UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARL HALL,<br><br>Defendant. | 00-cr-103 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On November 20, 2023, the Court received a pro se letter from defendant Carl Hall requesting the appointment of counsel to assist with the filing a motion for a sentence reduction. See ECF No. 105. The Court hereby grants the request for appointment of counsel and hereby appoints Michael Tremonte pursuant to the Criminal Justice Act. Counsel for the parties should jointly call into Chambers by no later than Monday, December 18, 2023, to set a briefing schedule for the motion.

SO ORDERED.

Dated:   New York, NY

December 12 2023

JED S. RAKOFF, U.S.D.J.

1