```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        -against-<br><br>CARL HALL,<br><br>        Defendant. | 00-cr-103 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On December 12, 2023, the Court appointed Michael Tremonte to assist Mr. Hall with the filing of a motion for a sentence reduction based upon Amendment 821 to the Sentencing Guidelines. See 12/12/23 Order, ECF No. 107. Although counsel for Mr. Hall has now conceded that Mr. Hall is ineligible for resentencing under Amendment 821, counsel "request[ed] that the Court . . . appoint[] counsel for purposes of requesting compassionate release under 18 U.S.C. § 3582(c)." Def. Mot. at 2, ECF No. 109. The Court hereby grants the request to appoint counsel for purposes of filing a motion for compassionate release under 18 U.S.C. § 3582(c). The Court reappoints Michael Tremonte pursuant to the Criminal Justice Act for those purposes. Counsel for the parties should jointly call into Chambers by no later than Wednesday, January 24, 2024, to set a briefing schedule for the motion.

The Clerk of Court is respectfully directed to close docket entries 105, 108, and 109.

SO ORDERED.

Dated:   New York, NY

        January 21 2024

                                                        JED S. RAKOFF, U.S.D.J.