UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARL HALL,<br><br>                    Defendant. | 00-cr-103 (JSR)<br><br>**[PROPOSED] ORDER** |

Upon the application of Defendant Carl Hall, by his attorney Michael Tremonte, Esq., to which the United States consents, for an order authorizing the release and provision of several non-public paper filings in the above-captioned case;

IT IS HEREBY ORDERED, that ECF Nos. 29, 37, 50, 51, 58, 64, and 69 will be released and provided to the Defendant and to the United States.

Dated: New York, New York
        March 27, 2024

                                        SO ORDERED

                                        _____
                                        Hon. Jed S. Rakoff
                                        United States District Judge
                                        Southern District of New York


This document was entered on the docket on_____.