UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CARL HALL,

                Defendant.

00-cr-00103 (JSR)

[~~PROPOSED~~] ORDER

Upon the *ex parte* application of Carl Hall, by his attorney Michael Tremonte, Esq., for an order authorizing the appointment of Samuel Prose, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Samuel Prose, Esq. is appointed *nunc pro tunc* to December 12, 2023 to assist in the representation of Carl Hall in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       August 12, 2024

                                    SO ORDERED

                                    _____
                                    Hon. Jed S. Rakoff
                                    United States District Judge
                                    Southern District of New York