```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -against- <br><br> CARL HALL, <br><br> Defendant. | 00-cr-103 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Court is in receipt of a letter from defendant Carl Hall that appears, in sum and substance, to request an extension of time to file a notice of appeal of an order denying compassionate release that was issued by the Court on January 17, 2025. See ECF No. 122. Under Rule 4 of the Federal Rules of Appellate Procedure, the deadline for filing a notice of appeal was January 31, 2025. See Fed. R. App. P. 4(b)(1)(A)(i). That same rule allows the Court "[u]pon a finding of excusable neglect or good cause" to extend that deadline "for a period not to exceed 30 days." See Fed. R. App. P. 4(b)(4).

    As noted in the Court's order, Mr. Hall has experienced "a serious change in circumstances: his deteriorating health." ECF No. 122 at 2. The Court also understands that Mr. Hall was recently transferred to a different facility. The Court is pleased that Mr. Hall is now in a facility that offers better medical care but also recognizes that the transfer likely delayed his receipt of the

1

Court's order. Indeed, a copy of the order mailed by the Court to Mr. Hall was returned to sender.

For these reasons, the Court finds good cause to extend Mr. Hall's time to file a notice of appeal of the Court's order (ECF No. 122) to March 3, 2025.

SO ORDERED.

Dated:   New York, NY
         February 25, 2025                    JED S. RAKOFF, U.S.D.J.