UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│  UNITED STATES OF AMERICA            │
│                                      │
│            -against-                 │
│                                      │
│  CARL HALL,                          │
│                                      │
│            Defendant.                │
└─────────────────────────────────────┘
```

00-cr-103 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On February 26, 2025, the Court entered a notice of appeal, submitted by defendant Carl Hall, that sought review of the Court's earlier order denying a motion for compassionate release. See ECF Nos. 122, 124. The Court, however, is now in receipt of a letter from Hall that, in sum and substance, states that he no longer wishes to appeal the Court's denial of his motion for compassionate release and instead asks the Court for a 60-day extension to file a motion for reconsideration. But the Court no longer has jurisdiction over Hall's motion for compassionate release: "[t]he filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982). "A district court does not regain jurisdiction until the issuance of the mandate by the clerk of the court of appeals." United States v. Rodgers, 101 F.3d 247, 251 (2d Cir. 1996). Hall must formally move to dismiss the appeal

in the United States Court of Appeals for the Second Circuit before

this Court can take any action on the instant motion. See Fed. R.

App. P. 42(b).

SO ORDERED.

Dated:    New York, NY
          March 18, 2025

_____
JED S. RAKOFF, U.S.D.J.