UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARL HALL,<br><br>             Defendant. | 00-cr-00103 (JSR)<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED, that Michael Tremonte, Esq. and Samuel R. Prose, Esq. are appointed *nunc pro tunc* to May 6, 2025 to assist in the representation of Carl Hall in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and are authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
     May 7, 2025

                              SO ORDERED

                              _____
                              Hon. Jed S. Rakoff
                              United States District Judge
                              Southern District of New York