# SHER TREMONTE LLP

May 28, 2025

**BY EMAIL**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Carl Hall*, 00-cr-103 (JSR)

Dear Judge Rakoff:

On behalf of defendant Carl Hall and consistent with the Court's instruction yesterday afternoon, I write jointly with Brandon Harper, attorney for the Government, to propose a briefing schedule for Mr. Hall's upcoming motion for compassionate release under 18 U.S.C. § 3582(c).

Counsel for both parties met and conferred this morning and have agreed on the following proposed schedule: (1) Mr. Hall to submit his motion by June 10, 2025; (2) the Government to submit its opposition, if any, by June 20, 2025; and (3) Mr. Hall to submit his reply, if any, by June 27, 2025.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Samuel R. Prose*
Samuel R. Prose
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Tel: 212.202.2600
Fax: 212.202.4156
sprose@shertremonte.com

SO ORDERED

*[signature]*
Jed S. Rakoff, USDJ
5-29-25

cc (by email):  Counsel of Record to all Parties