```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　-v-<br><br>CARL HALL,<br><br>　　　　Defendant. | 00-cr-103 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　As usual, defendant Carl Hall is his own worst enemy. In an Opinion and Order dated July 24, 2025, the Court, in what was not an easy decision given Hall's extensive record of prior criminal activity and insubordination (not to mention lack of anger control), decided, in light of Hall's very serious health issues, to grant Hall compassionate release if suitable arrangements could be made for his housing and treatment with the help of his family members. See ECF No. 136. At the request of the Court, Supervisory U.S. Probation Officer Hillel Greene then undertook extraordinary steps to try to achieve these aims, but has been thwarted, not least by inconsistencies and/or delays attributable at least in part to Hall's family members. Notwithstanding the foregoing, Hall, though represented by counsel, recently sent a letter to the Court, docketed as ECF No. 137, in effect accusing Officer Greene of deliberately thwarting Hall's release. Officer Greene's reply, docketed as ECF No. 138, demonstrates not only that Hall is totally wrong but also that Hall seems determined to make false accusations against anyone who might try to help him.

　　Accordingly, this Court's prior order of July 24, 2025, ordering

1

Hall's release if certain conditions could be met is hereby stayed -- and Officer Greene is directed to take no further steps to effectuate Hall's release -- until the Court receives, directly from Hall and in writing, a letter stating that (1) he totally apologizes to Officer Greene, (2) he will hereinafter rely on his lawyer to make any further submissions to the Court and will not send any pro se letters to the Court beyond the one here specified, and (3) he will urge his family members to work more closely with his lawyer and with Officer Greene to achieve his release. If such a letter from Hall, suitable to the Court, is received, the foregoing stay on his release will be lifted; otherwise, not.

    SO ORDERED.

New York, New York
August 26, 2025

                                        JED S. RAKOFF, U.S.D.J.