```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -v-<br><br>CARL HALL,<br><br>            Defendant. | 00-cr-103 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a letter from defendant Carl Hall dated August 26, 2025, in which Hall, responding to the Court's Order of that same date, apologizes for his recent conduct, affirms that he will communicate with the Court in future through his counsel, and pledges to urge his family to work with the Probation Office to make arrangements for his release. See ECF Nos. 139, 140. The Court is also in receipt of a second copy of Hall's August 26, 2025, letter, which Hall represents he sent to ensure that his letter would reach the Court. See ECF No. 141.

The Court finds that Hall's letter satisfies the requirements of the Court's Order of August 26, 2025. See ECF No. 139. Accordingly, the Court lifts its stay of its Order dated July 24, 2025, and directs Supervisory U.S. Probation Officer Hillel Greene to renew his efforts to effectuate Hall's release.

SO ORDERED.

New York, New York
September 4, 2025

_____
JED S. RAKOFF, U.S.D.J.